judgment. Before a court will take cognizance of a claim that the action of such officer or board is unlawful, arbitrary, unreasonable, or of such character as to constitute an abuse of discretion, facts must be set forth which would warrant such conclusion."

State ex v Schneider ct, 103 Oh St 492, at p. 498.

From our examination of the allegations of the pleadings, and the transcript of the evidence, and from a consideration of these in conjunction with the evidence adduced in this court, we are unable to say that the action of the board in this case amounted to an abuse of discretion warranting judicial intervention.

The petition of the plaintiffs will be dismissed at their costs, with exceptions.

WASHBURN, PJ, and FUNK, J, concur in judgment.

## BECK v BECK

Ohio Appeals, 5th Dist, Tuscarawas Co

Decided Dec 30, 1933

George & Leasure, Zanesville, for plaintiff in error.

George D. Klein, Coshocton, for defendant in error.

For full opinion see 1 OO 88; 192 NE 791; 48 Oh Ap 105.